# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court for the Southern Division of Mississippi | 5/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 1/1/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

701 N. Main Street
Suite 228
Hattiesburg, MS 39401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Director | M-J-K, Inc. |
| 2. | Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. | Director | National Association of Drug Court Professionals |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Pension Upon Reaching Age 60 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $1,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Drug Court Professionals | 2/22/2011 - 2/24/2011 | Washington, D.C. | NADCP Board Meeting and Seminar | Travel Expenses (food, hotel, mileage, airfare) |
| 2. | Mississippi College School of Law | 4/8/2011 | Jackson, MS | Judge Moot Court Trials | Travel Expenses (food and mileage) |
| 3. | Mississippi Judicial Collete | 4/27/2011 - 4/29/2011 | Jackson, MS | Present Program to State Judges | Travel Expenses (food, hotel, mileage) |
| 4. | National Business Institute | 5/12/2011 - 5/13/2011 | Jackson, MS | Speak | Travel Expenses (food, hotel, mileage) |
| 5. | Mississippi Association for Justice | 6/2/2011 - 6/3/2011 | New Orleans | Speak to their association | Travel Expenses (food, hotel, mileage) |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | National Association of Drug Court Professionals | 7/16/2011 - 7/20/2011 | Alexandria, VA | NADCP Board Meeting and Seminar | Travel Expenses (food, hote, mileage, airfare) |
| 7. | National Association of Drug Court Professionals | 11/17/2011 - 11/17/2011 | Nashville, TN | NADCP Board Meeting | Travel Expenses (food, hotel, mileage, airfare) |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trustmark National Bank | Real Estate Loans (2) | P1 |
| 2. | 1st Bank | Real Estate Loan | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 1; McComb, Pike Co., MS | F | Rent | O | W | | | | | |
| 2. Rental Property No. 2; McComb, Pike Co., MS | F | Rent | O | W | | | | | |
| 3. Rental Property No. 3; McComb, Pike Co., MS | E | Rent | N | W | | | | | |
| 4. Mineral Rts; Pike Co.,MS Denbury Energy | E | Royalty | L | W | | | | | |
| 5. Oakhurst Associates LP | | None | J | W | | | | | |
| 6. Pike County National Bank | A | Dividend | K | T | | | | | |
| 7. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 8. Regions National Bank | A | Interest | J | T | | | | | |
| 9. Timberland Walthall Co., MS; | C | Rent | P1 | W | | | | | |
| 10. Timberland Pike Co., MS | E | Rent | P1 | W | | | | | |
| 11. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | J | W | | | | | |
| 12. Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | F | Int./Div. | P1 | W | | | | | |
| 13. All investment decisions involving listed common stocks made | | Royalty | | | | | | | |
| 14. by Independent Investment Advisors | | | | | | | | | |
| 15. Assets of Trust | | | | | | | | | |
| 16. -SLIAX Mutual Fund | | | | | | | | | |
| 17. -SLBAX Mutual Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ABALX Mutual Fund | | | | | | | | | |
| 19. -EBAY | | | | | | | | | |
| 20. -QualComm., Inc. | | | | | | | | | |
| 21. -MNT | | | | | | | | | |
| 22. -MIRKQ (Mirant) name changed to G ENON | | | | | | | | | |
| 23. -Quadra Mining | | | | | partial sell | 01/15/11 | J | D | |
| 24. -Contl Airlines Cl B | | | | | | | | | |
| 25. -Great Plains Energy | | | | | | | | | |
| 26. -Century Aluminum | | | | | | | | | |
| 27. -Sirius XM, f/k/a XM Satellite Radio | | | | | | | | | |
| 28. -Anadigics, Inc. | | | | | | | | | |
| 29. -Rowan Companies | | | | | | | | | |
| 30. -EZ Chip Semiconductor, f/k/a Lanoptics LTD | | | | | | | | | |
| 31. -Semitool, Inc. | | | | | | | | | |
| 32. -Hercules Offshore | | | | | | | | | |
| 33. -Patterson Energy | | | | | | | | | |
| 34. -Micron Tech | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Tata Motors | | | | | | | | | |
| 36. -Netlogic | | | | | Sold | 09/16/11 | K | D | |
| 37. -Aditya Birla Minerals | | | | | | | | | |
| 38. -First Nickel | | | | | | | | | |
| 39. -Laboratory Corp of America | | | | | | | | | |
| 40. -Perilya Ltd. | | | | | | | | | |
| 41. -Liberty Mines | | | | | | | | | |
| 42. -Ivernia Inc. | | | | | | | | | |
| 43. -Anadigits Inc. | | | | | | | | | |
| 44. -Diana Shipping | | | | | Sold | 02/02/11 | J | | |
| 45. -Intel Corp. | | | | | | | | | |
| 46. -Apple Computer | | | | | | | | | |
| 47. -Phosphate Holdings, Inc. | | | | | | | | | |
| 48. -Teck Cominco Ltd. *Name changed to Teck Resources | | | | | | | | | |
| 49. -Schnizer Steel | | | | | | | | | |
| 50. -Xilinx, Inc. Convertible Bond | | | | | | | | | |
| 51. -Teck Resources | | | | | Sold (part) | 11/05/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Quadra Mining, Ltd. | | | | | | | | | |
| 53. -Century Aluminum Company | | | | | | | | | |
| 54. -Whole Food Market, Inc. | | | | | | | | | |
| 55. -Dana Holding Corp. | | | | | Sold (part) | 02/24/11 | J | A | |
| 56. -Freeport McMoran Copper and Gold | | | | | | | | | |
| 57. -Advanced Micro Devices | | | | | Buy | 01/10/11 | J | | |
| 58. -Newmont Mining | | | | | | | | | |
| 59. -Obagi Medical Products | | | | | Sold | 01/12/11 | J | | |
| 60. -C F Holdings | | | | | | | | | |
| 61. -Vivus | | | | | | | | | |
| 62. -Goldman Sacks Bond | | | | | | | | | |
| 63. -AIG Bond | | | | | | | | | |
| 64. -General Electric Bond | | | | | | | | | |
| 65. -Micron Technology Bond | | | | | | | | | |
| 66. -Quicklogic Corp | | | | | | | | | |
| 67. -AK Steeling Holdings | | | | | | | | | |
| 68. -Sirius Radio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Compugen Ltd. | | | | | | | | | |
| 70. -Synaptics | | | | | | | | | |
| 71. -Northgate Minearl Corp. | | | | | | | | | |
| 72. -Secured Loan to McMillan & Honea | | | | | Redeemed | 5/6/11 | M | | |
| 73. -Timberland Copiah Co., MS | | | | | | | | | |
| 74. -Timberland Attala Co., MS | | | | | | | | | |
| 75. -Pike County Nataional Bank Common Stock | | | | | | | | | |
| 76. -Guardian Life Insurance Policies | | | | | | | | | |
| 77. -Tower Semiconductor | | | | | Buy | 2/25/11 | J | | |
| 78. -Calpine Corp. | | | | | Buy | 3/2/11 | J | | |
| 79. -Quick Logic | | | | | Buy | 6/20/11 | J | | |
| 80. -United Continental | | | | | Buy | 6/24/11 | J | | |
| 81. -Sandisk Bond | | | | | Buy | 9/23/11 | J | | |
| 82. -Wave Systems | | | | | Buy | 9/26/11 | J | | |
| 83. -Troy Resources | | | | | Buy | 11/3/11 | J | | |
| 84. -Teck Resources | | | | | Buy (add'l) | 11/3/11 | J | | |
| 85. -Tutor Perini Bond | | | | | Buy | 12/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Stonemore Operations | | | | | Buy | 11/30/11 | J | | |
| 87. | -Aurico Gold | | | | | Buy | 10/26/11 | J | | |
| 88. | -Netlogic Microsystems | | | | | Buy | 9/9/11 | J | | |
| 89. | -Covington County, MS Timberland | | | | | Buy | 6/27/11 | M | | |
| 90. | -Covington County, MS Timberland | | | | | Buy | 10/19/11 | P1 | | |
| 91. | Charles Schwab Brokerage Acct., Personal; All investment | | | | | | | | | |
| 92. | Decisions made by Independent Advisors | | | | | | | | | |
| 93. | Emerson Electric Co (M) | A | Dividend | K | T | | | | | |
| 94. | Enterprise Partners, f/k/a Pioneer Natural Res Co (M) | B | Dividend | J | T | | | | | |
| 95. | Qualcomm Inc (M) | A | Dividend | L | T | | | | | |
| 96. | Continental Airlines | | None | J | T | | | | | |
| 97. | EZ Chip Semiconductor, f/k/a Lanoptics Ltd. | | None | J | T | | | | | |
| 98. | Laboratory Corp of America | | None | | | Sold | 11/3/11 | J | A | |
| 99. | Teck Cominico Ltd. *Name change to Teck Resources | A | Dividend | K | T | | | | | |
| 100. | Quadra Mining, Ltd. | | None | K | T | | | | | |
| 101. | Netlogic Microsystems, Inc. | | None | | | Sold | 6/28/11 | J | B | |
| 102. | Whole Foods Market, Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Newmont Mining Convertible Debenture | A | Interest | J | T | | | | | |
| 104. Vivus | | None | J | T | | | | | |
| 105. Nevada Copper Company | | None | J | T | | | | | |
| 106. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 107. Newmont Mining | A | Dividend | J | T | | | | | |
| 108. Compugen Ltd. | | None | J | T | | | | | |
| 109. Ensco Int | A | Dividend | J | T | | | | | |
| 110. Synaptics Inc. | | None | J | T | Sold (part) | 11/3/11 | J | C | |
| 111. Monsanto, Inc. | A | Dividend | J | T | | | | | |
| 112. Mosaic, Inc. | A | Dividend | J | T | | | | | |
| 113. Phosphate Holdings | | None | J | T | | | | | |
| 114. Freeport McMoron Copper and Gold | A | Dividend | K | T | | | | | |
| 115. A K Steel | A | Dividend | J | T | | | | | |
| 116. Schnitzer Steel | A | Dividend | J | T | | | | | |
| 117. Qualcom, Inc. | A | Dividend | J | T | Sold (part) | 6/16/11 | J | C | |
| 118. Qualcom, Inc. | A | Dividend | K | T | Sold (part) | 7/26/11 | J | D | |
| 119. Teck Resources, Ltd. | A | Dividend | L | T | Sold (part) | 7/26/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Netlogic, Microsystems Inc. | | None | | | Sold | 9/12/11 | J | C | |
| 121. Qualcom, Inc. | A | Dividend | K | T | Sold (part) | 11/3/11 | J | C | |
| 122. Teck Resources, Ltd. | A | Dividend | L | T | Sold (part) | 11/3/11 | J | C | |
| 123. CF Industries Holdings, Inc. | A | Dividend | J | T | Buy | 6/16/11 | J | | |
| 124. Calpine Corp. | | None | J | T | Buy | 7/26/11 | J | | |
| 125. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 126. Investment Advisors. Held by Charles Schwab | E | Int./Div. | P1 | T | | | | | |
| 127. -Breakwater Rosources Ltd. new | | | | | Sold (part) | 6/16/11 | J | A | |
| 128. -Energy Conversion Devices | | | | | | | | | |
| 129. -Quadra Mining | | | | | Sold | 12/15/11 | J | D | |
| 130. - OZ Minerals, LTD, f/k/a Zinifex, LTD | | | | | | | | | |
| 131. -Sirius XM Radio, Inc., f/k/a XM Satellite Radio (XMSR) | | | | | | | | | |
| 132. -Century Aluminum | | | | | | | | | |
| 133. -Anadigics, Inc. | | | | | | | | | |
| 134. -Rowan Companies | | | | | | | | | |
| 135. -Amgen | | | | | | | | | |
| 136. -Ebay, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Emerson Electric | | | | | | | | | |
| 138. -EZ Chip Semiconductor, f/k/a Lanoptics | | | | | | | | | |
| 139. -National Semiconductor | | | | | Sold | 1/12/11 | J | A | |
| 140. -Qualcomm | | | | | Sold (part) | 6/16/11 | J | C | |
| 141. -Schnifzer Steel | | | | | | | | | |
| 142. -Synaptics, Inc. | | | | | Sold | 11/18/11 | J | D | |
| 143. -Xilinx, Inc. (Convertable Bond) | | | | | | | | | |
| 144. -Ebay | | | | | | | | | |
| 145. -Northgate Minerals Corp. | | | | | | | | | |
| 146. -Mercator Minerals | | | | | | | | | |
| 147. -Obagi Medical Products | | | | | Sold | 1/12/11 | J | C | |
| 148. -Whole Foods Market, Inc. | | | | | Sold (part) | 6/16/11 | J | C | |
| 149. -Steel Dynamics Convertible Bond | | | | | | | | | |
| 150. -Newmont Mining Convertible Bond | | | | | | | | | |
| 151. -Freeport McMoron Copper and Gold | | | | | | | | | |
| 152. -Market Vectors Gold Miners ETF | | | | | | | | | |
| 153. -Micron Technology Convertible Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Caterpillar, Inc. | | | | | | | | | |
| 155. -Advanced Micro Devices Bond | | | | | | | | | |
| 156. -Tata Motors | | | | | | | | | |
| 157. -Ensco Int. | | | | | | | | | |
| 158. -UAL Corp. Bond | | | | | | | | | |
| 159. -Teck Resources | | | | | | | | | |
| 160. -Newmont Mining | | | | | | | | | |
| 161. -International Paper | | | | | | | | | |
| 162. -Castle AM & Co | | | | | | | | | |
| 163. -Commercial Metals | | | | | Sold | 11/18/11 | J | A | |
| 164. -Hospitality Properties | | | | | Sold (part) | 3/29/11 | K | A | |
| 165. -Advanced Micro Dev. (Convertable Bond) | | | | | | | | | |
| 166. -Teva Pharmaceutical (Convertable Bond) | | | | | Sold | 2/11/11 | K | A | |
| 167. -U.S. Steel | | | | | | | | | |
| 168. -Google, Inc. | | | | | | | | | |
| 169. -Netlogic, Inc. | | | | | Buy | 6/28/11 | J | | |
| 170. -Netlogic, Inc. | | | | | Sold | 9/15/11 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Tevo Pharm | | | | | Buy | 2/1/11 | J | | |
| 172. -Tevo Pharm | | | | | Sold | 11/18/11 | J | A | |
| 173. -UAL Corp Bond | | | | | Buy | 1/5/11 | K | | |
| 174. -Intel Corp Bond | | | | | Buy | 3/1/11 | K | | |
| 175. -Calpine Corp | | | | | Buy | 3/2/11 | J | | |
| 176. -Orko Silver Corp | | | | | Buy | 3/29/11 | J | | |
| 177. -Global Silver Mines, ETF | | | | | Buy | 4/18/11 | J | | |
| 178. -T-3 Motion | | | | | Buy | 5/16/11 | J | | |
| 179. -CF Holdings | | | | | Buy | 6/16/11 | J | | |
| 180. -Calpine Corp. | | | | | Buy (add'l) | 7/22/11 | K | | |
| 181. -Equinin Inc. Bond | | | | | Buy | 8/15/11 | J | | |
| 182. -Apple Inc. | | | | | Buy (add'l) | 11/18/11 | J | | |
| 183. IRA #2 All investment decisions made by independent | | | | | | | | | |
| 184. Investment Advisors | C | Dividend | K | T | | | | | |
| 185. -Schnitzer Steel | | | | | | | | | |
| 186. -EZ Chip Semiconductor, f/k/a anoptics Ltd | | | | | | | | | |
| 187. -Rowan Companies | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Continental Airlines | | | | | | | | | |
| 189.  -Anadigics | | | | | | | | | |
| 190.  -Laboratory Corp of Am | | | | | | | | | |
| 191.  -Perilyn, Inc. | | | | | | | | | |
| 192.  -Intel Corp | | | | | | | | | |
| 193.  -Diana Shipping | | | | | | | | | |
| 194.  -Universal Stainless and Alloy | | | | | | | | | |
| 195.  -Ensco International | | | | | | | | | |
| 196.  -Hospitality Properties | | | | | | | | | |
| 197.  -Marketvector's Gold ETF | | | | | | | | | |
| 198.  -Caterpillar, Inc. | | | | | | | | | |
| 199.  -United States Steel | | | | | | | | | |
| 200.  -Mosaic Co | | | | | | | | | |
| 201.  -C.F. Industries | | | | | | | | | |
| 202.  -Quadra Int | | | | | Sold | 12/15/11 | J | A | |
| 203.  -Newmont Mining | | | | | | | | | |
| 204.  Other assets owned ▨ ▨ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 206. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 207. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 208. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 209. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 210. Mineral Rights, Pike County., MS | A | Rent | J | W | | | | | |
| 211. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 212. Timberland Lincoln Co., MS | E | Rent | M | W | | | | | |
| 213. Time Share Condo; New Orleans, LA | | None | J | W | | | | | |
| 214. Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |
| 215. Assets of M-J-K, Inc., wholly owned | D | Int./Div. | J | T | | | | | |
| 216. Mirant Corp | | None | J | T | | | | | |
| 217. Other Assets Owned | | | | | | | | | |
| 218. Charles Schwab Personal Account # 2 | | | | | | | | | |
| 219. MS Dev.Bank Special Obligation City of Jackson Bond | A | Interest | K | T | | | | | |
| 220. MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | J | T | | | | | |
| 221. Educational Building Corp. Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MS Public Improvment Bank - Ridgeland Bond | A | Interest | J | T | | | | | |
| 223. MS Home Corp. Bond | A | Interest | J | T | | | | | |
| 224. MS Home Corp - Single Family Bond | A | Interest | J | T | | | | | |
| 225. MS State Bond | B | Interest | K | T | | | | | |
| 226. Virginia Tobacco Settlement Bond | A | Interest | J | T | | | | | |
| 227. Parkway East Public Improvement Bond | B | Interest | J | T | | | | | |
| 228. Harrison County Bond | B | Interest | K | T | | | | | |
| 229. Tarrant County, Texas Bond | B | Interest | K | T | | | | | |
| 230. MS Developement Bank Bond | A | Interest | J | T | | | | | |
| 231. MS. Developement Bank Bond | A | Interest | J | T | | | | | |
| 232. Puerto Rico Commonwealth Bonds | B | Interest | K | T | | | | | |
| 233. Miss. Dev. Bank Special Obligation Jackson Pub. School Dist. | B | Interest | K | T | | | | | |
| 234. Miss. Business Finance Corporation | B | Interest | K | T | | | | | |
| 235. Lowndes Co. Miss Solid Waste Disp. Pollution Bonds | B | Interest | K | T | | | | | |
| 236. Miss. Dev. Bank Spec. Oblig. Muni. Energy Agency | A | Interest | K | T | | | | | |
| 237. Harris Co. Houston, TX Sports Authority | A | Interest | J | T | | | | | |
| 238. Miss. Hosp. Equip. Facilities | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Miss. Dev. Bank Special Oblig. Capital Projects | B | Interest | K | T | | | | | |
| 240. Tobacco Settl. Finc. Corp of LA | A | Interest | J | T | | | | | |
| 241. Miss. Dev. Bank Spec. Oblig. Munc. Energy Agency | B | Interest | K | T | | | | | |
| 242. Miss. Home Corp. Single Fmly. Mortgage | A | Interest | J | T | | | | | |
| 243. Puerto Rico Commonwealth Intra Fincancing | A | Interest | J | T | | | | | |
| 244. Puerto Rico Commwealth Intra. Financing | A | Interest | K | T | | | | | |
| 245. Miss. Development Bank Special Obligation | A | Interest | J | T | | | | | |
| 246. Miss. State University Educational Building Corp. Bond | A | Interest | J | T | | | | | |
| 247. Miss. Development Bank Special Obligation QSIP | A | Interest | J | T | | | | | |
| 248. Warren County, MS Gulf Opportunity Zone QSIP | B | Interest | L | T | | | | | |
| 249. Warren County, MS Gulf Opportunity Zone QSIP | B | Interest | K | T | | | | | |
| 250. Miss. Dev Bank Special Oblg. Southhaven, MS QSI | A | Interest | J | T | | | | | |
| 251. Ms. Dev Bank Spec Oblg, Jackson, MS QSIP | B | Interest | K | T | | | | | |
| 252. Warren Co, MS Gulf Opp. Zone Int. Pap. QSIP | A | Interest | K | T | | | | | |
| 253. Puerto Rico Commonwealth Inf. Financing QSIP | A | Interest | J | T | | | | | |
| 254. LA Local Govt. Envior. Facilities Comm Dev QSIP | A | Interest | J | T | | | | | |
| 255. MS Dev Bank Spec Oblg Capital Proj. QSIP | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. MS Dev Bank Spec Oblg QSIP# | A | Interest | J | T | | | | | |
| 257. MS Dev Bank Special Oblg QSIP | A | Interest | J | T | | | | | |
| 258. MS Bus Fin Corp Gulf Opp Zone South MS Elec SIP | A | Interest | J | T | | | | | |
| 259. MS Hospital Equip. & Facilities QSIP | C | Interest | K | T | | | | | |
| 260. MS Bus Corp Pollution Cont. Entergy Systems QSIP#6 | B | Interest | K | T | | | | | |
| 261. Scotsburg, Indiana Health Facility QSIP | A | Interest | J | T | | | | | |
| 262. Stonebridge Pub Improvement Dist QSIP# | | None | J | T | | | | | |
| 263. MS Dev Bank Spec Oblg QSIP | A | Interest | J | T | | | | | |
| 264. MS Dev Bank Spec Oblg QSIP | A | Interest | J | T | | | | | |
| 265. Pearl River, MS Comm College Unit Housing | A | Interest | J | T | | | | | |
| 266. Choctaw Co. AL Revenue QSIP# | A | Interest | J | T | | | | | |
| 267. Flowood, MS Tax Increment Financing QSIP | A | Interest | J | T | | | | | |
| 268. First Bank Shares of Mississippi | A | Dividend | J | T | Buy | 02/16/11 | J | | |
| 269. Miss. Dev. Bank Bond CUSIP | A | Interest | K | T | Buy | 2/2/11 | K | | |
| 270. Miss. Hospital Equip. Bonds CUSIP | B | Interest | K | T | Buy (add'l) | 2/18/11 | J | | |
| 271. Miss. Dev. Bank Bond CUSIP | A | Interest | J | T | Buy | 3/4/11 | J | | |
| 272. Miss. Dev. Bank Bond CUSIP | A | Interest | J | T | Buy | 3/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Miss. Dev. Bank Bond CUSIP ▓▓▓ | A | Interest | J | T | Buy | 3/17/11 | J | | |
| 274. Entergy Corp | A | Dividend | J | T | Buy | 3/17/11 | J | | |
| 275. First Bank Shares of Miss. | A | Dividend | J | T | Buy | 3/18/11 | J | | |
| 276. Entergy Corp | A | Dividend | | | Buy | 3/18/11 | J | | |
| 277. Entergy Corp | A | Dividend | | | Sold | 4/25/11 | J | A | |
| 278. Great Plains Energy | A | Dividend | J | T | | | | | |
| 279. Miss. Dev. Bank Bond ▓▓▓ | A | Interest | J | T | Buy | 2/6/11 | J | | |
| 280. Johnson & Johnson | A | Dividend | J | T | Buy | 7/28/11 | J | | |
| 281. Calpine Corp. | | None | J | T | Buy | 8/3/11 | J | | |
| 282. Entergy Corp. | A | Dividend | | | Buy (add'l) | 8/5/11 | J | | |
| 283. Entergy Corp. | A | Dividend | | | Buy (add'l) | 8/8/11 | J | | |
| 284. Entergy Corp. | A | Dividend | | | Sold | 8/11/11 | K | | |
| 285. First Bank Shares of Miss. | A | Dividend | J | T | Sold (part) | 8/29/11 | J | A | |
| 286. Johnson & Johnson | A | Dividend | | | Sold | 8/29/11 | J | A | |
| 287. Calpine Corp. | | None | | | Buy | 9/6/11 | J | | |
| 288. Calpine Corp. | | None | | | Sold | 9/14/11 | J | A | |
| 289. Johnson & Johnson | A | Dividend | | | Buy | 9/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Johnson & Johnson | A | Dividend | | | Sold | 9/27/11 | J | A | |
| 291. Calpine Corp. | | None | | | Sold | 10/28/11 | J | A | |
| 292. Calpine Corp. | | None | | | Buy (add'l) | 9/30/11 | J | | |
| 293. First Bank Shares | A | Dividend | J | T | Buy | 10/3/11 | J | | |
| 294. Entergy Corp. | A | Dividend | | | Sold (part) | 10/26/11 | J | A | |
| 295. Calpine Corp. | | None | | | Sold | 10/28/11 | J | A | |
| 296. Mosaic Company | A | Dividend | | | Buy | 11/10/11 | J | | |
| 297. Mosaic Company | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 298. Phosphate Holdings | | None | J | T | | | | | |
| 299. Entergy, Inc. | A | Dividend | | | | | | | |
| 300. Entergy, Inc. | A | Dividend | K | T | | | | | |
| 301. International Paper | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Following the original of this report and notice from the Committee, amendments to the report are made as hereinafter stated:

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544